**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6613**

———————

DEVON SUTHERLAND; DEMETRICE MURRAY; IRA WAYNE
MADISON,

                              Plaintiffs - Appellants,

        and

UNITED STATES OF AMERICA,

                              Intervenor - Plaintiff,

        versus

RONALD J. ANGELONE; GENE M. JOHNSON; BARBARA
J. WHEELER; G. K. WASHINGTON; L. T. EDMONDS;
B. BOOKER; N. LINAMEN; CHARLES DAVIS; KEITH
DAVIS; DAVID A. GARRAGHTY; R. A. YOUNG; S. T.
AVENT; JOHN TAYLOR; BRAXTON; R. S. JACKSON;
J. KEELING; JARVIS; K. A. POLINSKY; CLARENCE
A. HOLLAR; JOHN DOES; D. J. ARMSTRONG; DUNCAN
MILLS,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:02-cv-00477-JCT)

———————

Submitted: March 9, 2007          Decided: April 11, 2007

———————

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Devon Sutherland; Demetrice Murray; Ira Wayne Madison, Appellants Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Sutherland, Demetrice Murray, and Ira Wayne Madison appeal from the district court's order granting summary judgment to the defendant prison officials in their 42 U.S.C. § 1983 (2000) action challenging the validity and enforcement of the prison's grooming policy. We deny Sutherland's motion to place this case in abeyance pending a decision by this court in an appeal raising similar claims and deny his motion for default. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sutherland v. Angelone, No. 7:02-cv-00477-JCT (W.D. Va. Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED